# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0739.  ANN MARIE DE SOUZA et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Ann Marie De Souza filed a petition for a writ of certiorari in the superior court. On November 9, 2015, the superior court issued an order declining to sanction De Souza's petition. De Souza filed this direct appeal on November 24, 2015. We lack jurisdiction over this appeal for two reasons.

First, because De Souza seeks to appeal a superior court order on certiorari review of a magistrate court decision, she was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) ("[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." (punctuation omitted)). Second, while a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). De Souza filed the notice of appeal in this case 15 days after the superior court's order was entered. For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 01/25/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*